UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  
DONALD DEJONG

CASE NO. 16-01779  
CHAPTER 13  
JUDGE Hon. John T. Gregg

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor has completed all payments under the plan:

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5), the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

| MORTGAGE INFORMATION | |
|---|---|
| Creditor Name: | **JPMORGAN CHASE BANK NA** |
| Court Claim Number: | **010**     UCI: |
| Account No.: | 4798 - 1052 COBBLESTONE ROAD |
| Property Address if available: | 1052 COBBLESTONE ROAD |

| FINAL CURE AMOUNT | |
|---|---|
| Pre-petition Arrearage as allowed: | $0.00 |
| Pre-petition Amount paid by the Trustee: | $0.00 |
| Amount of Total Post-petition FRBP 3002.1(c) filings: | $0.00 |
| Amount of Post-petition FRBP 3002.1(c) paid by the Trustee: | $0.00 |
| Total Disbursements by Trustee: | $0.00 |

| POST PETITION MORTGAGE PAYMENT | |
|---|---|
| Mortgage is paid thru the Trustee conduit. | XX Mortgage is paid direct by the Debtor. |
| Current Monthly Mortgage Payment: $ | Next post-petition payment due: SEPTEMBER 2021<br> If known, Principal Balance Outstanding: |
| **To the extent that the Debtor is not current as of the date of this Notice, the creditor should file a Response indicating same.** | |

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the creditor. Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 9, 2021

Respectfully Submitted:

/s/ Brett N. Rodgers, Trustee
Brett N. Rodgers
Chapter 13 Trustee
99 Monroe Ave NW, STE 601
Grand Rapids, MI 49503
(616) 454-9638

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 9 day of August, 2021.

**By ECF to the U.S. Trustee and the Debtor Attorney:**
Debtor Attorney: TRAVIS THOMAS RUSSELL
Creditor Attorney: By Notice of Appearance Only

**By U.S. Mail as follows:**

Debtor:
DONALD DEJONG
1052 COBBLESTONE ROAD
HOLLAND, MI  49423

Creditor:
JPMORGAN CHASE BANK NA
NATIONAL PAYMENT SERVICES
PO BOX 24785   MAIL CODE OH 4-7164
COLUMBUS, OH  43224-0785

Creditor Noticing Address:
JPMORGAN CHASE BANK NA
700 KANSAS LANE LA4-5555
MONROE, LA  71203


Date:   August 9, 2021

/s/ NANCY L. SCHULTZ
Office of Brett N. Rodgers
Chapter 13 Trustee
99 Monroe Ave NW, STE 601
Grand Rapids, MI 49503